UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DAVID MCMINN, individually,

    Plaintiff,

v.                                                Case No. 2:24-cv-1282-JHR/GJF

THE UNITED STATES OF AMERICA,

    Defendants,

and

DAVID MCMINN, individually,

    Plaintiff,

v.                                                  Case No. 2:25-cv-353 JHR/GJF

VILLAGE OF RUIDOSO, a New
Mexico incorporated municipality,
JON TITUS, in his individual capacity,
SERGEAN PEREZ, in his individual
capacity, and THE UNITED STATES OF AMERICA,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE

THIS MATTER came before the Court on Parties' Stipulated Motion to Consolidate (Doc. 26), in which the parties ask to consolidate this matter with *David McMinn v. Village of Ruidoso, Jon Titus, Sergeant Perez, United States of America,* 2:25-cv-353 DHU/KRS. All parties having consented to consolidation, the Court finds good cause exists to grant the Motion.

**IT IS THEREFORE ORDERED** that:

1. The matter of *McMinn v. Village of Ruidoso,* 2:25-cv-353 DHU/KRS is hereby consolidated into the case captioned *McMinn v. United States of America*, 2:24-cv-1282 JHR/GJF.

1

2. The new caption after consolidation shall be as represented in the above caption.

3. The parties shall now make all filings in the lower-numbered case 2:24-cv-1282 JHR/GJF.

4. The Clerk's Office shall add all attorneys who have entered their appearance in 2:25-cv-353 DHU/KRS to this case, so that they will receive notifications of filings in this matter.

5. The Clerk's Office shall reassign 2:25-cv-353 DHU/KRS to the undersigned as pretrial judge and to Judge Ritter as presiding judge, giving the newly-added parties an opportunity if they wish to enter consents to Judge Ritter presiding over the consolidated matter pursuant to Federal Rule of Civil Procedure 73(b)(2).

6. This Order will also be docketed in 2:25-cv-00353-DHU-KRS.

SO ORDERED.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE